| | |
|---|---|
| EDWARD MULDER,<br>   Plaintiff,<br><br>v.<br><br>EDGAR MOORE PAGE,<br>   Defendant. | **JUDGMENT**<br>No. 5:13-CV-573-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that after an independent and thorough review of the Magistrate Judge's M&R and a review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R. This case is therefore DISMISSED.

**This Judgment Filed and Entered on October 16, 2013, and Copies To:**

Edward Mulder (1162958 Pasquotank Correctional Institution, 527 Commerce Drive, Elizabeth City, NC 27906)

DATE                 JULIE A. RICHARDS, CLERK
October 16, 2013            /s/ Susan K. Edwards
                      (By) Susan K. Edwards, Deputy Clerk