IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-573-F

| | | |
|---|---|---|
| EDWARD MULDER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDGAR MOORE PAGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before on the Petition for Writ of Mandamus [DE-8] wherein Plaintiff asks the court to command Edgar Moore Page to produce certain documents and information. The Petition [DE-8] is DENIED. The court dismissed this case on October 16, 2013 [DE-6], and there is no basis to grant the Plaintiff the relief he requests.

SO ORDERED.

This 30 day of October, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge