IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-573-F

| EDWARD MULDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDGAR MOORE PAGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the second Petition for Writ of Mandamus [DE-10] filed by the pro se Plaintiff. The court previously denied Plaintiff's first Petition for Writ of Mandamus [DE-8], observing that this case was dismissed on October 16, 2013 [DE-6], and there was no basis to grant Plaintiff the relief he requests. The same reasoning is equally applicable to this latest Petition. It is therefore DENIED.

SO ORDERED.

This ___ day of November, 2013.

JAMES C. FOX
Senior United States District Judge